**IN THE UNITED STATES BANKRUPTCY COURT**

**IN AND FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In RE: | : | |
| | : | |
| **LAVOND MACKEY** | : | Case No. 22-10993BLS |
| | : | Chapter 13 |
| Debtor. | : | |

**NOTICE OF MOTION TO EXTEND COMPLETION DATE OF CHAPTER 13 FILING**

TO:  William Jaworski Jr., Esquire
     824 Market Street 1004
     Wilmington De 19801

All names and addresses listed on Debtor's mailing matrix.

Please be advised that the Motion to Extend Completion Date of Chapter 13 Filing filed by the Counsel for Debtor will be heard in the United States Bankruptcy Court, 824 Market Street, Wilmington DE.  Any objections should be filed with the United States Bankruptcy Court with a copy sent to counsel for Debtor.


Dated: November 7, 2022         /s/ Vivian A. Houghton
                                Vivian A. Houghton, Esquire
                                Doroshow Pasquale Krawitz & Bhaya
                                1202 Kirkwood Hwy
                                Wilmington, DE 19805
                                (302) 658-0518
                                Attorney for Debtor

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In RE: : | |
| : | |
| **LAVOND MACKEY** : | **Case No. 22-10993BLS** |
| : | **Chapter 13** |
| Debtor. : | |

MOTION TO EXTEND THE COMPLETION DATE OF CHAPTER 13 FILING

Comes now, Vivian A. Houghton, Esquire, the attorney for Lavond Mackey (hereinafter, "Debtor") and Respectfully moves this Honorable Court for an Order extending the time for the filing of the remaining schedules regarding Debtor's Chapter 13 filing as follows:

1. The above captioned Petition was under a Chapter 13 of the Bankruptcy Code on October 21, 2022.
2. Debtor filed his Chapter 13 Bankruptcy as an emergency to stop a vehicle repossession.
3. Debtor is in the process of gathering additional information needed to complete the filing.
4. All remaining Chapter 13 schedules will be filed within fourteen days of the executed Order.

WHEREFORE, Debtor, Lavond Mackey, respectfully requests that the Court grant his Motion to Extend the Completion Date of Chapter 13 filing.

Dated: November 7, 2022          /s/ Vivian A. Houghton
                                   Vivian A. Houghton, Esquire
                                   Doroshow Pasquale Krawitz & Bhaya
                                   1202 Kirkwood Hwy
                                   Wilmington, DE 19805
                                   (302) 658-0518
                                   Attorney for Debtor

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **In RE:** | : | |
| | : | |
| **LAVOND MACKEY** | : | **Case No. 22-10993BLS** |
| | : | **Chapter 13** |
| **Debtor.** | : | |

ORDER

IT IS SO ORDERED this _____ day of_____ A.D., 2022 that the Motion to Extend the Completion Date of Chapter 13 filing is Granted. All schedules and statements shall be filed within 14 days from the date of the Order.

_____
Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **In RE:** : | |
| : | |
| **LAVOND MACKEY** : | **Case No. 22-10993BLS** |
| : | **Chapter 13** |
| Debtor. : | |

CERTIFICATE OF SERVICE

I, Lucia Spillan hereby certify that I am over the age of 18 and that on this 7th day of November, 2022 that 0ne (1) true copy of the Motion to Extend the Completion Date of Chapter 13 Filing filed by the Debtor was mailed postage paid to:

William Jaworski, Jr. Esquire
824 Market Street
Wilmington De 19801

All names and addresses listed on Debtor's Mailing matrix

/s/ Lucia C Spillan
Paralegal to
Vivian A. Houghton, Esquire
Doroshow Pasquale Krawitz & Bhaya
1202 Kirkwood Hwy
Wilmington, DE 19805
(302) 658-0518
Attorney for Debtor