**IN THE UNITED STATES BANKRUPTCY COURT**
**IN AND FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE: )  )  LAVOND MACKEY )  )  )  Debtor. ) | Case No. 22-10993 (BLS)  CHAPTER 13 |

**ORDER FOR PAYROLL DEDUCTION**

HAVING CONSIDERED the Debtor's Application for an Order directing:

Habitat Foundation
Attn: Payroll Department
P.O. Box 167
New Castle, DE 19720

to make payroll deduction three hundred eighty dollars ($380.00) **per month** to fund the Debtor's Chapter 13 Plan, and it appearing that such relief is appropriate and would not prejudice any creditor or concerned party, it is hereby

**ORDERED** that:

Habitat Foundation will deduct the sum of one hundred seventy five dollars and thirty-nine cents ($175.39) every pay period (**if bi-weekly**) from the wages of Lavond Mackey, Social Security Number xxx-xx-9415 and remit the amount deducted to:

William F. Jaworski Jr., Esquire Chapter 13 Trustee
PO Box 660
Memphis, TN 38101-0660
Account Number 22-10993(BLS)

until further Order of this Court.