IN THE UNITED STATES BANKRUPTCY COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| LAVOND MACKEY | ) | Case No. 22-10993 (BLS) |
| | ) | CHAPTER 13 |
| | ) | |
| Debtor. | ) | |

## ORDER FOR PAYROLL DEDUCTION

HAVING CONSIDERED the Debtor's Application for an Order directing:

Habitat Foundation
Attn: Payroll Department
P.O. Box 167
New Castle, DE 19720

to make payroll deduction three hundred eighty dollars ($380.00) **per month** to fund the Debtor's Chapter 13 Plan, and it appearing that such relief is appropriate and would not prejudice any creditor or concerned party, it is hereby

**ORDERED** that:

Habitat Foundation will deduct the sum of one hundred seventy five dollars and thirty-nine cents ($175.39) every pay period (**if bi-weekly**) from the wages of Lavond Mackey, Social Security Number xxx-xx-9415 and remit the amount deducted to:

William F. Jaworski Jr., Esquire Chapter 13 Trustee
PO Box 660
Memphis, TN 38101-0660
Account Number 22-10993(BLS)

until further Order of this Court.

BRENDAN L. SHANNON
UNITED STATES BANKRUPTCY JUDGE

Dated: November 17th, 2022
Wilmington, Delaware

United States Bankruptcy Court
District of Delaware

| | |
|---|---|
| In re: | Case No. 22-10993-BLS |
| Lavond Mackey | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0311-1 | User: admin | Page 1 of 1 |
| Date Rcvd: Nov 17, 2022 | Form ID: pdf001 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 19, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Lavond Mackey, 7209 Lancaster Pike, Apartment 4-1112, Hockessin, DE 19707-9292 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 19, 2022      Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 17, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| U.S. Trustee | USTPRegion03.WL.ECF@USDOJ.GOV |
| Vivian A. Houghton | on behalf of Debtor Lavond Mackey VAH-Bankruptcy@dplaw.com  IGOTNOTICES@yahoo.com |
| William F Jaworski, Jr | wjaworski@ch13de.com |

TOTAL: 3