UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In RE: | : | |
| | : | |
| LAVOND MACKEY | : | Case No. 22-10993BLS |
| | : | Chapter 13 |
| Debtor | : | |

CERTIFICATE OF NO OBJECTION

The undersigned hereby certifies that, as of the date hereof, no response to Debtor's, Lavond Mackey, Motion to Withdraw as Counsel filed by Vivian A Houghton Esquire in the United States Bankruptcy Court on January 5, 2023, has been filed. Debtor gave due notice of the Motion as evidenced by the Certificate of Service filed with the Court on January 5, 2023. Pursuant to the Notice, responses were due on or before January 23, 2023. Debtor's counsel has received no response to the Motion.

WHEREFORE, Debtor respectfully requests that this Court enter the Order filed with the Motion.

Dated: January 30, 2023       /s/ Vivian A. Houghton
                              Vivian A. Houghton, Esquire
                              Doroshow Pasquale Krawitz & Bhaya
                              1202 Kirkwood Hwy
                              Wilmington, DE 19805
                              (302) 658-0518
                              Attorney for Debtor

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In RE: | : | |
| | : | |
| LAVOND MACKEY | : | Case No. 22-10993BLS |
| | : | Chapter 13 |
| Debtor | : | |

## CERTIFICATE OF SERVICE

I, Lucia C Spillan, paralegal to Vivian A Houghton, Esquire attorney for the Debtor, does hereby certify that on this 30th of January 2023 (1) true copy of the Certificate of No Objection was mailed postage paid to:

Postage Paid to:

William F Jaworski, Jr., Esquire
824 N. Market St. Ste 1002
Wilmington, De 19801

/s/ LUCIA C SPILLAN
Lucia C Spillan paralegal to
Vivian A Houghton Esquire
Doroshow Pasquale Krawitz & Bhaya
1202 Kirkwood Hwy
Wilmington DE 19805
(302) 658-0518
Attorney for Debtor