# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

IN RE:                            )

)       CASE NO. 22-10993 (BLS)

LAVOND MACKEY          )       CHAPTER 13

)

Debtor.           )

## ORDER

IT IS SO ORDERED this __30th__ day of __January__ A.D., 2023 that the Debtor's Motion to Withdraw as Counsel of Record of Chapter 13 Bankruptcy is GRANTED.

_____

Judge